UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B.,                                  :        Case No.:

                 Plaintiff,                                :

  – against –                                           :        **RULE 7.1 STATEMENT**

STEWART TITLE INSURANCE COMPANY,     :

                 Defendant.                               :

---

       IndyMac Bank, F.S.B., by its undersigned counsel, certifies that it is a subsidiary of IndyMac Bancorp, Inc. and that no other publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       January 24, 2008

                                                        FELDMAN WEINSTEIN & SMITH LLP
                                                         Attorneys for Plaintiff

                               By:   _____
                                                          Eric Weinstein (EW 5423)
                                                         David J. Galalis (DG 1654)
                                                          420 Lexington Avenue, Ste. 2620
                                                           New York, NY 10170
                                                          (212) 869-7000