UNITED STATE DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
---------------------------------------------------------------X
INDYMAC BANK, F.S.B.,

                Plaintiff,

-against-

STEWART TITLE INSURANCE COMPANY,

                Defendant.
---------------------------------------------------------------X

Case No. 08CV00873 (AKH)

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED that the time for defendant Stewart Title Insurance Company to appear and to answer, amend or supplement the Answer as of course or to make any motion with relation to the Complaint in this action, be and the same hereby is extended to and including the 18th day of March, 2008.

L'Abbate, Balkan, Colavita & Contini, LLP
Attorneys for Defendant

By: Richard Metli (RM 2588)
1001 Franklin Avenue 3rd Floor
Garden City, New York 11530
(516) 294-8844

Feldman Weinstein & Smith LLP
Attorneys for Plaintiff

By Eric Weinskin (EW 5423)
By: David J. Galalis (DG 1654)
420 Lexington Avenue, Ste 2620
New York, NY 10170
(212) 869-7000

So Ordered:

_____
Hon. Alvin K. Hellerstein
United States District Court Judge