FEB. 28. 2008 5:38PM    L B C & C LLP                                        NO. 739    P. 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

UNITED STATE DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------X
INDYMAC BANK, F.S.B.,                                         Case No. 08CV00873 (AKH)

                Plaintiff,                          **STIPULATION**
                                                              **EXTENDING TIME**
-against-                                                     **TO ANSWER**

STEWART TITLE INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------X

IT IS HEREBY STIPULATED that the time for defendant Stewart Title Insurance Company to appear and to answer, amend or supplement the Answer as of course or to make any motion with relation to the Complaint in this action, be and the same hereby is extended to and including the 18th day of March, 2008.


L'Abbate, Balkan, Colavita & Contini, LLP        Feldman Weinstein & Smith LLP
Attorneys for Defendant                          Attorneys for Plaintiff

By: Richard Metli (RM 2588)                      By Eric Weinstein (EW 5423)
1001 Franklin Avenue 3rd Floor                   ~~By~~ David J. Galalis (DG 1654)
Garden City, New York 11530                      420 Lexington Avenue, Ste 2620
(516) 294-8844                                   New York, NY 10170
                                                 (212) 869-7000

So Ordered: 3/4/08

Hon. Alvin K. Hellerstein
United States District Court Judge