UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDYMAC BANK, F.S.B.,                    Case No. 08CV00873 (AKH)

                Plaintiff,

  -against-                                **RULE 7.1 STATEMENT**

STEWART TITLE INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

    STEWART TITLE INSURANCE COMPANY, by its undersigned counsel, certifies that it is a subsidiary of Stewart Information Services Corp. and that no other publicly held corporation owns 10% or more of its stock.

Dated: March 18, 2008
       Garden City, New York

                                Yours etc.,

                                L'Abbate, Balkan, Colavita
                                & Contini, LLP
                                Attorneys for Defendant

                                _____
                                Richard Metli (RM 2588)
                                1001 Franklin Avenue 3rd Floor
                                Garden City, New York 11530
                                (516) 294-8844

TO:    Feldman Weinstein & Smith LLP
        Eric Weinstein (EW 5423)
        David J. Galalis (DG 1654)
        Yong Hak Kim (of counsel)
        Attorneys for Plaintiff
        420 Lexington Avenue, Ste 2620
        New York, NY 10170
        (212) 869-7000